[No. 36056-6-I.   Division One.   March 31, 1997.]

HEATH TECNA AEROSPACE, ET AL., *Respondents*, v.
EDWARD SWANLUND, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-25066-7, R. Joseph Wesley, J., entered
January 9, 1995. *Reversed* by unpublished per curiam
opinion.

[Nos. 36277-1-I; 39470-3-I.   Division One.   March 31, 1997.]

JANET M. MOORE-HANSEN, *Respondent*, v. RICHARD L.
POPE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-3-08658-5, Carol A. Schapira, J., entered
February 16, 1996. *Dismissed* by unpublished opinion per
Agid, J., concurred in by Coleman and Ellington, JJ.

[No. 36331-0-I.   Division One.   March 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EBON
SHALONE SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-07104-8, Dale B. Ramerman, J., entered
March 27, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 36634-3-I.   Division One.   March 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
JONATHAN IOAN TARAU, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-04992-1, Linda Lau, J., entered May 2,
1995. *Affirmed* by unpublished per curiam opinion.